LESLIE W. SLAUGH, (3752), and
PHILLIP E. LOWRY (6603), and
RICHARD L. PETERSEN (9494), for:
**HOWARD, LEWIS & PETERSEN, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
120 East 300 North Street
P.O. Box 1248
Provo, Utah 84603
Telephone: (801) 373-6345
Facsimile: (801) 377-4991

FILED
U.S. DISTRICT COURT
2005 DEC -2  A 11: 47
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

Our File No. 27,887

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JILL MILLER TARBET and LISA MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW E. MILLER; ANGELES A. ACEITUNA, a.k.a. ANGELES A. MILLER; and JOHN AND JANE DOES I-VI., <br><br> Defendants. | **MOTION FOR PROTECTIVE ORDER** <br><br> Case No. 2:05-cv-00635-PGC |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the defendants, by and through counsel, hereby moves the Court for an order prohibiting the production of documents, including "[a]ny and all records, statements, documents, etc. pertaining to Matthew E. Miller; Angeles A. Aceituna; Angeles A. Miller; Elaine M. Miller; Earl A. Miller; Elaine M. Miller Rentals; LLC.; Elaine M. Miller Properties; LLC, Lilac Management, LLC; Miller Snowboard Corporation;

Miller Ski Company, Inc.; MST Funding & Acquisitions, LLC; Matthew E. Miller, P.C.; Kai Jo Capital, Inc.; Miller Enterprises, L.L.C.; Miller Sports Technologies, Inc.; Miller Sports International, L.L.C.; McKinley Mining & Management, L.L.C.; Seventh Millennium, L.L.C.; and Pieces of Time, L.L.C. pursuant to the Subpoena provided to Wells Fargo, Attention Jeanne Walker to produce and permit inspection and copying of the all documents for the individuals and entities listed above.

A memorandum supporting this motion is filed herewith.

DATED this 30th day of November, 2005.

*[signature]*

LESLIE W. SLAUGH, and
PHILLIP E. LOWRY, and
RICHARD L. PETERSEN, for:
HOWARD, LEWIS & PETERSEN, P.C.
Attorneys for Defendants

## MAILING CERTIFICATE

I hereby certify that a true and correct copy of the foregoing was mailed to the following, postage prepaid, this 30th day of November, 2005.

>Bruce W. Shand, Esq.
>4505 S. Wasatch Blvd., Suite 340
>Salt Lake City, UT 84124

>Bradley L. Booke, Esq.
>Jeffrey D. Gooch, Esq.
>Ryan M. Springer, Esq.
>Moriarity, Gooch, Badaruddin & Booke, LLC
>9 Exchange Place, Suite 700
>Salt Lake City, UT 84111

_Keri Cheney_
SECRETARY

I:\Miller Matthew 27887-2\Motion for Protective Order 20051110.wpd