ROBERT C. AVERY (USB #10857)
JERRY D. REYNOLDS (USB #8748)
**A**SCIONE, **H**EIDEMAN **& M**C**K**AY**, L.L.C.**
2696 North University Avenue, Suite 180
P.O. Box 600; Provo, UT 84604
Telephone: (801) 812-1000
Fax: (801) 374-1724
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JILL MILLER TARBET and LISA MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW E. MILLER; ANGELES A. ACEITUNA, a.k.a. ANGELES A. MILLER; and JOHN AND JANE DOES I-VI, <br><br> Defendants. | **RULE 12(b)(6) MOTION TO DISMISS** <br><br> Case No: 2:05 cv 00635 PGC <br><br> Hon. Judge Paul G. Cassell |

COME NOW the Defendants, through their attorneys of the law firm Ascione, Heideman & McKay, L.L.C., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and hereby move the Court for an order dismissing all sections of Plaintiffs' Complaint related to Plaintiffs' cause of action for fraud, which cause of action is the sixth cause of action set forth in Plaintiffs' First Amended Complaint.

Plaintiffs have failed to plead their cause of action for fraud with the required standard of particularity imposed by Rule 9(b) of the Federal Rules of Civil Procedure and therefore the Court should dismiss such cause of action for "failure to state a claim upon which relief can be granted" pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2

Defendants' instant motion is accompanied by a supporting Memorandum of Points and Authorities.

SIGNED and DATED this 27th day of February, 2006.

**A**SCIONE, **H**EIDEMAN & **M**C**K**AY, L.L.C.

_____
JERRY D. REYNOLDS,
Attorney for Defendants